CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB 10 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARIN CHRISTOPHER HAHN, ) | Civil Action No. 7:13-cv-00592 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| NORTHWESTERN REGIONAL ) | |
| ADULT DETENTION CENTER, et al., ) | By:  Hon. Jackson L. Kiser |
|     Defendants. ) |       Senior United States District Judge |

Arin Christopher Hahn, a Virginia inmate proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 naming the Northwestern Regional Adult Detention Center ("Jail") and Correctional Officer Michaels as defendants. This matter is before me for screening, pursuant to 28 U.S.C. § 1915A. After reviewing Plaintiff's submissions, I dismiss any claims against the Jail without prejudice.

The court must dismiss claims alleged against the Jail because the Jail is not amenable to suit via § 1983. See West v. Atkins, 487 U.S. 42, 48 (1988) (recognizing a § 1983 claim must allege the violation of a federal right by a person acting under color of state law); Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]"). Accordingly, I dismiss the claims against the Jail without prejudice. Plaintiff's excessive force claim against Correctional Officer Michaels remains pending before the court.

ENTER: This 10th day of February, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge