CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
FEB 10 2014
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARIN CHRISTOPHER HAHN,<br>    Plaintiff, | Civil Action No. 7:13-cv-00592 |
| v. | **ORDER** |
| NORTHWESTERN REGIONAL<br>ADULT DETENTION CENTER, <u>et al.</u>,<br>    Defendants. | By:   Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that claims against the Northwestern Regional Adult Detention Center are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of February, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge